**DENY and Opinion Filed June 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00150-CV**

**IN RE TONY LAMAR VANN, Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09117**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

In this pro se petition for writ of mandamus, relator Tony Lamar Vann petitions the Court for a writ of mandamus compelling the trial court to (1) void its order denying relator's motion to reinstate, (2) recuse from this proceeding, and (3) reinstate this case to the trial court's active docket. To be entitled to the extraordinary remedy of mandamus, relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). This burden includes providing the appellate court with a record sufficient to make that showing. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). After reviewing the petition and record, we conclude relator has failed to show an abuse of discretion.

Accordingly, we deny mandamus relief.  *See* TEX. R. APP. P.  52.8(a).


<u>/Craig Smith/</u>
CRAIG SMITH
JUSTICE

210150F.P05